UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. ESTHER SALSA |
| | : | CRIMINAL NO. 08-7156 (ES) |
| v. | : | **CONSENT ORDER** |
| | : | **MODIFICATION OF** |
| | : | **CONDITIONS OF RELEASE** |
| PYTHIAS BROWN | : | |

This matter having been opened to the Court by the defendant, Pythias Brown, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government's consent, and for good cause shown;

WHEREFORE, it is on this /)*th* day of December, 2008;

ORDERED that Mr. Brown's conditions of release be modified to allow him to travel outside the State of New Jersey as pre-approved by Pretrial Services;

IT IS FURTHER ORDERED that all other conditions of release previously ordered shall remain in full force.

_____
HONORABLE ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the form
and entry of the above Order.

RALPH J. MARRA, JR.
Acting United States Attorney

_____
By: Bradley A. Harsch
Assistant U.S. Attorney

_____
K. Anthony Thomas
Assistant Federal Public Defender